UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS SMITH,<br><br>     Petitioner,<br><br>  v.<br><br>THE SECRETARY OF THE CALIFORNIA DEPT. OF CORRECTIONS, STATE OF CALIFORNIA,<br><br>     Respondent. | Case No. EDCV 12-751 JAK(JC)<br><br>JUDGMENT |

  Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 14, 2015

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE